

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-12-00872-CV

**Jerry L. Berwick**

**v.**

**Richard T. Wagner**

NO. 0849782 IN THE 309TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $19.00 | 01/21/2014 | UNKNOWN | ANT |
| E-TXGOV FEE | $5.00 | 11/13/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 11/13/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 10/23/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/23/2013 | E-PAID | ANT |
| SUPP CLK RECORD | $34.00 | 10/21/2013 | UNKNOWN | ANT |
| SUPP CLK RECORD | $47.00 | 10/02/2013 | UNKNOWN | ANT |
| E-TXGOV FEE | $5.00 | 04/15/2013 | E-PAID | AMI |
| E-TXGOV FEE | $5.00 | 04/05/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 03/25/2013 | E-FAILED | ANT |
| E-TXGOV FEE | $5.00 | 03/04/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 01/31/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 01/31/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 01/31/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 01/31/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 01/14/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 01/14/2013 | E-PAID | ANT |

| | | | | |
|---|---|---|---|---|
| SUPP CLK RECORD | $12.00 | 12/20/2012 | PAID | APE |
| MT FEE | $10.00 | 12/05/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 12/05/2012 | E-PAID | ANT |
| REPORTER'S RECORD | $13,815.50 | 11/16/2012 | PAID | OTH |
| CLERK RECORD | $262.00 | 11/01/2012 | PAID | ANT |
| FILING | $175.00 | 10/01/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/01/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/01/2012 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $14,479.50.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this December 21, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**